IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Gwendolyn D. Brown

Debtor

Bankruptcy No. 10-56262
Judge Deborah L. Thorne
Chapter: 13

## RESPONSE TO THE TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

Now comes Ditech Financial LLC, as authorized servicer for CWABS, Inc., Asset-Backed Certificates Trust 2005-11, as owner and holder of account/contract originated by The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2005-11 by Ditech Financial LLC (hereinafter "Creditor"), and responds to the Trustee's Notice of Final Cure Payment (Docket number 51) as follows:

1. Creditor is the Successor-in-interest to BAC Home Loan Servicing LP, holding a claim secured by a lien on the property commonly known as 243 W. 110th Place, Chicago, IL 60628. The loan was modified post-petition, effective July 1, 2015.
2. Creditor agrees with the Trustee's Notice that the Debtor has paid in full the amount needed to cure the pre-petition default on the claim.
3. The Debtor is not otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). As of the date of the Trustee's Notice, the Debtor is in default on post-petition payments, summarized as follows:

    Regular Monthly Mortgage Payments due September 1, 2015 through October 1, 2015, 2 payments of $803.45

    Less suspense balance of $721.40

    **Total $885.50**

    Respectfully Submitted

    /s/ Kenneth W. Bach
    Kenneth W. Bach, IL ARDC #6295816
    Attorney for Ditech Financial LLC, as
    authorized servicer for CWABS, Inc., Asset-

Backed Certificates Trust 2005-11, as owner and holder of account/contract originated by The Bank of New York Mellon , f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2005-11 by Ditech Financial LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Gwendolyn D. Brown

　　　　　　　Debtor

Bankruptcy No. 10-56262
Judge Deborah L. Thorne
Chapter: 13

## **CERTIFICATE OF MAILING**

TO:   Gwendolyn D. Brown, 243 W 110th Place, 1st Floor, Chicago, IL 60628
　　　 Marilyn O. Marshall, 224 S. Michigan Ste 800, Chicago, IL 60604
　　　 Michael A. Miller, 20 S. Clark Street, 28th Floor, Chicago, IL 60603
　　　 Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604

I, Kenneth W. Bach, an attorney, certify that I caused to be mailed copies of this Response to the Trustee's Notice of Final Cure Payment to the Debtor on November 2, 2015, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe, Chicago, IL 60606.  The remaining parties were served by this Court's CM/ECF electronic noticing system.

　　　　　　　　　　　　　　　　　　　/s/ Kenneth W. Bach
　　　　　　　　　　　　　　　　　　　Kenneth W. Bach,  IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE